IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 04-cr-00070-RPM-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENEEN STONE,

Defendant,

and

CITY AND COUNTY OF DENVER,

Garnishee.

_____

**ORDER**
_____

The defendant has requested a hearing in connection with the Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor [Doc. # 1051] and the Answer of the Garnishee [Doc. # 1051] filed by the City and County of Denver.

IT IS ORDERED that a hearing is set for **November 14, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  At the hearing, the defendant may explain why she believes she does not owe to the United States the garnished earnings.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to inform the United States (judgment creditor), Deneen Stone (judgment debtor), and the City and County of Denver

(garnishee), or their attorneys of record, by telephone, by mail, or in person, of the date and time of the hearing.

Dated November 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge